FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 APR -7 PM 2: 10

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINIFRED S. STEMPEL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 03-0230 |
| | * | |
| ST. TAMMANY PARISH SCHOOL BOARD | * | JUDGE FELDMAN |
| | * | |
| ****************************************** | | MAG. CHASEZ |

## ANSWER TO COMPLAINT

NOW INTO COURT, through undersigned counsel, comes the St. Tammany Parish School Board, who answers the plaintiff's Complaint and Request for Jury Trial as follows:

1.

The allegations of paragraph 1 of the plaintiff's Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

2.

The allegations of paragraph 2 of the plaintiff's Complaint are specifically denied and defendant further demands strict proof thereof.

3.

The allegations of paragraph 3 of the plaintiff's Complaint are denied for lack of sufficient

-1-

___ Fee_____
___ Process___
_X_ Dktd.___
___ CtRmDep___
___ Doc. No._____

information to justify a belief as to the truth therein.

4.

The allegations of paragraph 4 of the plaintiff's Complaint are specifically denied and defendant further demands strict proof thereof.

5.

The allegations of paragraph 5 of the plaintiff's Complaint are specifically denied and defendant further demands strict proof thereof.

6.

The allegations of paragraph 6 of the plaintiff's Complaint are specifically denied and defendant further demands strict proof thereof.

7.

The allegations of paragraph 7 of the plaintiff's Complaint are denied for lack of sufficient information to justify a belief as to the truth therein.

8.

The allegations of paragraph 8 of the plaintiff's Complaint are specifically denied and defendant further demands strict proof thereof.

9.

The allegations of paragraph 9 of the plaintiff's Complaint require no answer of this defendant, but out of an abundance of caution, are denied.

AND NOW FURTHER ANSWERING, defendant respectfully avers as follows:

10.

The plaintiff's claims are barred by the statute of limitations and/or prescription.

11.

Plaintiff did not suffer any adverse employment action. Moreover, if she did suffer an adverse employment action, she has no evidence that a hostile work environment existed based on age discrimination.

12.

Plaintiff has failed to take advantage of the grievance procedure provided by the St. Tammany Parish School Board and/or to avoid the harm otherwise. Moreover, the St. Tammany Parish School Board exercised reasonable care to prevent or correct promptly any alleged age discrimination.

13.

All alleged actions taken against plaintiff by the defendant that she ascribes to age discrimination were done for legitimate non-discriminatory reasons.

14.

Defendant reserves the right to amend this answer and assert additional affirmative defenses as discovery yields additional information.

WHEREFORE, defendant, St. Tammany Parish School Board, prays that this Answer be deemed good and sufficient and that after all due proceedings are had, there be judgment herein in favor of defendant, dismissing plaintiff's Complaint with prejudice, and at her cost and for all general and equitable relief.

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

_____
GUS A. FRITCHIE III (#5751)
ALAN DABDOUB (#25019)
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
Attorneys for Defendant, St. Tammany Parish School Board

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by mailing the same to each by First Class United States Mail, properly addressed and postage prepaid on this 7th day of APRIL, 2003.

_____